FILED

JAN 08 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br>Petitioner,<br>vs.<br>RANDY GROUNDS, Warden,<br>Respondent. | No. C 10-03806 EJD (PR)<br><br>JUDGMENT |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED. Judgment is entered accordingly.

The Clerk shall close the file.

DATED: 1/7/13

EDWARD J. DAVILA
United States District Judge

Judgment
Yocom03806_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN YOCOM,

    Petitioner,

v.

RANDY GROUNDS, Warden,

    Respondent.

Case Number CV 10-03806 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __1/08/13__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Michael Alan Yocom**
20731 Rd. 254
P.O. Box 690
Strathmore, CA 93267

DATED: __1/08/13__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk